STANLEY KOPCZYNSKI, PLAINTIFF-PETITIONER, v. COUNTY OF CAMDEN, DEFENDANT-RESPONDENT.

See same case below: 1 N. J. Super. 121; 62 A. 2nd 737.

*Mr. Meyer L. Sakin* for the petitioner.

*Mr. George G. Tartar* for the respondent.

April 18, 1949.   Granted.

IN THE MATTER OF THE ESTATE OF CLIFFORD C. WENDEHACK, DECEASED.

See same case below: 1 N. J. Super. 203; 63 A. 2nd 710.

*Mr. Ward J. Herbert* and *Messrs. McCarter, English & Studer* for the petitioner.

*Messrs. Gross, Blumberg, Mehler & Goldberger* and *Mr. Leo Yanoff* for the respondents.

April 25, 1949.   Denied.

JOSEPH GRASSGREEN, PLAINTIFF-PETITIONER, v. RIDGELEY-SPORTSWEAR MANUFACTURING COMPANY, DEFENDANT-RESPONDENT.

See same case below: 2 N. J. Super. 62; 64 A. 2nd 616.

*Mr. Francis M. Seaman* for the petitioner.

*Messrs. Toner, Speakman & Crowley* for the defendant.

May 26, 1949.   Denied.